IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZO SHEPPARD, SR.,

    Petitioner,                   No. CIV S-08-0613 GEB DAD P

    vs.

DILL,

    Respondent.           FINDINGS & RECOMMENDATIONS

_____/

        By an order filed November 25, 2008, petitioner was ordered to file, within thirty days, a petition for a writ of habeas corpus that complies with the requirements of the Federal Rules of Civil Procedure, and either pay the filing fee or file an application requesting leave to proceed in forma pauperis. Petitioner was admonished that failure to comply with this court would result in a recommendation that this action be dismissed without prejudice. The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed a petition, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written

1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 7, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
shep0613.fpf

2